**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00473-CV

**TIMOTHY JOHN WHALEN AND THE WHALEN LAW FIRM, PLLC, Appellants**

**V.**

**CHARLES WILLIAM JOHNSON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04182**

## ORDER

We **GRANT** appellee's September 8, 2016 third motion to extend time to file his brief

and **ORDER** appellee's brief filed no later than October 11, 2016.


        /s/     CRAIG STODDART
                 JUSTICE